IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**UNITED STATES ex rel. RICHARD**
**M. OKEEFFE, JR., M.D.,**                                                      **PLAINTIFF**

**v.**                                    **CIVIL ACTION NO. 2:16-CV-48-KS-MTP**

**THE RIVER OAKS MANAGEMENT**
**COMPANY, LLC,** *et al.*                                                     **DEFENDANTS**

### ORDER

On July 28, 2017, Defendants filed a Motion to Dismiss [15]. Plaintiff shall respond on or before **August 11, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a). If Defendants wants to reply, they must do so on or before **August 18, 2017**. L.U.Civ.R. 7(b)(4); FED. R. CIV. P. 6(a).

If any party wants an extension of time, they must file a motion prior to the deadline's expiration. L.U.Civ.R. 7(b)(4). Any party seeking an extension must advise the Court whether it is opposed. L.U.Civ.R. 7(b)(10).

Defendants' original and reply memoranda shall not exceed a combined total of thirty-five (35) pages, and Plaintiff's response shall not exceed thirty-five (35) pages. L.U.Civ.R. 7(b)(5). If any party wants to file extra pages, they must seek leave to do so.

SO ORDERED AND ADJUDGED this __31st__ day of __July__, 2017.

                                         __s/Keith Starrett__
                                         UNITED STATES DISTRICT JUDGE